UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61701-CIV-COHN/Seltzer

LACOLA CUNNINGHAM,

    Plaintiff,

vs.

SYNDICATED OFFICE SYSTES, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Plaintiffs' Notice of Voluntary Dismissal with Prejudice [DE 10].  Accordingly, it is **ORDERED and ADJUDGED** that this action is hereby **DISMISSED** with prejudice, each side to bear their own costs and fees except as otherwise agreed to by the parties.  The Clerk shall close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of August, 2011.

*(signature)*
JAMES I. COHN
United States District Judge

copies to:

counsel of record on CM/ECF